## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Plaintiff, Super 8 Worldwide, Inc., f/k/a Super 8 Motels, Inc.

| | |
|---|---|
| SUPER 8 MOTELS, INC., a South Dakota corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAHESH, INC., a Georgia corporation; and KIRAN PATEL, an individual,<br><br>Defendants. | **Civil Action No.** 07-1979(JAB)<br><br><br>**FINAL JUDGMENT** |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, Connell Foley LLP, seeking entry of an Order for Final Judgment by Default against defendants, Mahesh, Inc. and Kiran Patel, pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Court entered Final Judgment by Default in this matter on February 6, 2008 in the amount of $82,404.43; and the Court having reserved judgment with respect to the Recurring Fees owed to SWI, amount of interest owed on unpaid Recurring Fees, amount of attorneys' fees and costs due and owing, and the amount of damages owed to SWI pursuant to the Lanham Act, 15 U.S.C. § 1117(a); and it appearing that SWI has provided the Court with additional and sufficient documentation in support of its claims; and the Court having reviewed the papers; and good cause having been shown:

1978294-01
SWI 13015

IT IS on this _16th_ day of _March_, 2008,

**ORDERED, ADJUDGED AND DECREED** that SWI have judgment against

Mahesh, Inc. and Kiran Patel, jointly and severally, in the total amount of $59,912.61

comprised of the following:

(a)    $14,455.76 for Recurring Fees;

(b)    $7,693.46 for prejudgment interest owed on unpaid Recurring Fees;

(b)    $33,943.95 for trebled infringement damages; and

(c)    $3,819.44 for attorneys' fees and costs.

**AND IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a

copy of this Order shall be served on all parties within seven (7) days of the date of this

Order.

_____
Honorable Joseph A. Greenaway, U.S.D.J.